PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | )   Docket Number: 1:04CR05365-001 |
| | ) |
| **JAMES ARTHUR COZZOLINO** | ) |
| | ) |

On May 9, 2005, the above-named was placed on Probation for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian**
**United States Probation Officer**

Dated:      April 6, 2007
            Fresno, California
            MKD

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez**
                    **Supervising United States Probation Officer**

**Re:   COZZOLINO, James Arthur
       Docket Number:   1:04CR05365-001
       ORDER TERMINATING PROBATION
       <u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   April 24, 2007**                         **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE